UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:19-CV-437-FL

| | |
|---|---|
| JUANITA MCLUCAS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HOME DEPOT USA, INC., | ) |
| Defendant. | ) |

THIS MATTER coming before the Court on the Parties' Joint Consent motion to Stay Initial Order Regarding Planning and Scheduling. The Court finding good cause for the motion, to which both Parties join, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, the requirements, deadlines, and discovery procedures contained in the previously entered Initial Order Regarding Planning and Scheduling [D.E. 10] is hereby stayed until further notice.

This the 21st day of January, 2020.

Louise Wood Flanagan
United States District Court

41469235.1